IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**GEORGIA CASUALTY & SURETY COMPANY**                    **PLAINTIFF**

VS.                                            CIVIL ACTION NO. 3:05-cv-128WHB-LRA

**USRY ARCHITECTS, P. A.**
**MAGGIE T. WILLIAMS**, Individually, and as
Surviving Spouse, Heir and Wrongful Death
Beneficiary of T. J. WILLIAMS, Deceased; ET AL                    **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on the motion of Plaintiff and the claims of the remaining Defendants, to dismiss this cause of action as to the claims asserted by Plaintiffs against the Defendants with prejudice and this Court, having been advised that this cause has been fully compromised and settled as between the Plaintiff and the Defendants, is of the opinion that said motion is well taken and should be hereby granted.

It is therefore, ORDERED AND ADJUDGED that this cause be and is hereby dismissed with prejudice as to the claims asserted by Plaintiff against the Defendants with each party to bear its own costs and expenses, including attorney's fees.  Separate Defendant Usry Architects has already been dismissed.

ORDERED AND ADJUSTED, this the 21st day of August, 2007.

                                        s/William H.  Barbour, Jr.
                                        U.S. DISTRICT JUDGE

PRESENTED BY:


s//**H. Wesley Williams, III**
H. WESLEY WILLIAMS, III. - MSB #9320
MARKOW WALKER, P.A.
Post Office Box 13669
Jackson, MS 39296-3669
Telephone: (601) 853-1911
Facsimile:  (601) 853-8284
E-mail:wwilliams@markowwalker.com
    *Counsel for Georgia Casualty & Surety Company*


s// **Mary E. McAlister/hww**
MARY E. MCALISTER - MSB #
DAVID NUTT & ASSOCIATES
605 Crescent Blvd., Suite 200
Ridgeland, MS  39157
Telephone: (601) 898-7302
Facsimile: (601) 898-7304
E-mail: mcalister@davidnutt.com
    *Counsel for Separate Defendants, Annie Mack, Daniel Davis, Dorothy Lowrey, Laverne Adams and Maggie Williams*